DUNNE, DUNNE & COHEN, LLC
F. R. "Chip" Dunne, III, Esq. – ID #008042009
683 Kearny Avenue
Kearny, NJ 07032
P: (201) 998-2727
F: (201) 997-4860
*Attorney for Defendant: Mookadean Cheeseboro*

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br><br>v.<br><br>Mookadean Cheeseboro<br><br>Defendant(s) | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 23-cr-00338-MCA<br><br><br><br>**CONSENT ORDER ALTERING HOME DETENTION TO CURFEW** |

**PLEASE TAKE NOTICE THAT** this matter, having been opened to the Court by Dunne, Dunne & Cohen, LLC, attorney for the Defendant, Mookadean Cheeseboro, and Attorneys the United States of America (Olta Bejleri and Samantha C. Fasanello, appearing), and for such good cause having been shown;

**IT IS** on this 22 day of January, 2024;

**ORDERED**, that the Defendant's Order of Home Detention shall be modified to a curfew with hours to be set and approved by Pre Trial-Services. Pretrial and Attorneys of the United States of America consents to this modification. All other conditions of pretrial release previously imposed shall remain.

**IT IS FURTHER ORDERED** that a copy of this Order shall be deemed served by the uploading of this Order on PACER.

Hon. JOSE R. ALMONTE, U.S.M.J.

CONSENTED TO AND AGREED UPON BY:

| | |
|---|---|
| *[signature]* | *Olta Bejleri* |
| K. R. "Chip" Dunne, III, Esq. | Olta Bejleri, Esq. |
| Dunne, Dunne & Cohen, LLC | Samantha C. Fasanello, Esq. |
| 683 Kearny Avenue | Office Of the U.S. Attorney District Of |
| Kearny, NJ 07032 | New Jersey |
| *Attorney for Defendant* | 970 Broad Street |
| | Newark, NJ 07102 |
| | *Attorney for Plaintiff* |
| Date: 1/11/24 | Date: 1/12/24 |